Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
MAVERICK RECORDING COMPANY; ARISTA
RECORDS LLC; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and ZOMBA RECORDING LLC, a Delaware limited liability company,
        Plaintiffs,

v.

JOHN DOE,
        Defendant.

CASE NO. CV 08 1043

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6   The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
7  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
8  Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
9  US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
10 publicly traded. Sony Corporation is publicly traded in the U.S.

11  The following companies are parents of, or partners in Plaintiff WARNER BROS.
12 RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
13 Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
14 publicly traded in the U.S.

15  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
16 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
17 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
18 publicly traded. Vivendi S.A. is publicly traded in France.

19  The following companies are parents of, or partners in Plaintiff MAVERICK RECORDING
20 COMPANY: SR/MDM Venture Inc.; Maverick Partner Inc.; WBR/Sire Ventures Inc.; Warner
21 Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
22 Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
23 publicly traded in the U.S.

24  The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
25 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
26 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
27 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
28 which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

1

The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING LLC: SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: February 21, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; and ZOMBA RECORDING LLC