Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
MAVERICK RECORDING COMPANY; ARISTA
RECORDS LLC; and ZOMBA RECORDING LLC

*E-filed 2/27/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br>         Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>         Defendant. | CASE NO. CV 08-01043 HRL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3   ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4   Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant John Doe, including the name, current (and permanent) address
6   and telephone number, e-mail address, and Media Access Control addresses for Defendant.  The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

Dated:   2/27/08                              By: _____
                                                  HOWARD R. LLOYD
                                                  United States Magistrate Judge