UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS, LLC, et al.

No. C 5:08-cv-01043-HRL

Plaintiff(s),

v.

JOHN DOE

Defendant(s).

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 2, 2008

Signature: [signature]

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")