**United States District Court**
For the Northern District of California

1

2                                   UNITED STATES DISTRICT COURT

3                                   NORTHERN DISTRICT OF CALIFORNIA

4                                          SAN JOSE DIVISION

5

6

7

8    | LaFace Records, LLC, a Delaware limited liabiity company, et.al., | No. C08-01043 |

9              Plaintiffs,

10      v.                                            **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

11   John Doe,

12              Defendant.
                                            /
13

14

15          The Clerk of this Court will now randomly reassign this case to a United States

16   District Judge because one or more of the parties has requested reassignment to a United States

17   District Judge or has not consented to jurisdiction by a Magistrate Judge.

18          PLEASE TAKE NOTICE that a Case Management Conference in the above-

19   entitled matter which was previously set for June 10, 2008  before the Honorable Judge Howard

20   R. Lloyd has been vacated.

21

22

23

24   Dated: June 4, 2008                         RICHARD W. WIEKING,
                                                 United States District Court
25

26                                                _/s/ Patty Cromwell_____
                                                 By: Patty Cromwell
27                                               Courtroom Deputy Clerk to
                                                 Magistrate Judge Howard R. Lloyd
28

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

2

3 Matthew Franklin Jaksa    matt.jaksa@hro.com, asma.zia@hro.com, dawniell.zavala@hro.com, della.grant@hro.com, joel.rayala@hro.com, molly.morris@hro.com

4
Dawniell Alise Zavala    dawniell.zavala@hro.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2