Dawniell Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and ZOMBA RECORDING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MAYZABEEN KHAN, <br><br> Defendant. | CASE NO. 3:08-CV-01043-PJH <br><br> Honorable Phyllis J. Hamilton <br><br> **DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT WITH PROCESS** |

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, Dawniell Alise Zavala, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. This Declaration is submitted in support of Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant With Process, filed June 19, 2008.

3. Plaintiffs filed their initial Complaint in this matter against a John Doe defendant on February 21, 2008. Although Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, Plaintiffs were able to identify the Doe defendant by an Internet Protocol address assigned by a third-party Internet Service Provider ("ISP"). Accordingly, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP so that Plaintiffs could obtain information sufficient to identify Defendant.

4. On February 27, 2008, the Court issued its Order for Leave to Take Immediate Discovery, which was served on the ISP along with a Rule 45 subpoena. On April 16, 2008, the ISP responded to Plaintiffs' subpoena, identifying the Defendant, Mayzabeen Khan.

5. Because Plaintiffs did not initially know Ms. Khan's true identity, they were unable to directly contact her to discuss settlement of this matter until after the Doe Complaint had been filed and Plaintiffs received a subpoena response from the ISP. However, after Plaintiffs received the subpoena response from the ISP, they were able to use the contact information provided by the ISP and information they subsequently obtained through independent research to contact Ms. Khan by telephone and email. Plaintiffs sought to contact Ms. Khan to attempt to resolve this matter before filing their First Amended Complaint and attempting service, in hopes of resolving the matter without the necessity of naming Ms. Khan in the lawsuit.

6. On April 29, 2008, Plaintiffs sent a letter to Ms. Khan notifying her of their copyright infringement claims, and encouraging her to contact Plaintiffs and attempt to resolve the dispute.

7. On information and belief, after at least one unsuccessful attempt to contact Ms. Khan by telephone, Plaintiffs' settlement representatives spoke to Ms. Khan via telephone on May 13, 2008 and presented a settlement offer. At that time, Ms. Khan stated that she had not received Plaintiffs' April 29, 2008 letter, and was not prepared to accept the settlement offer. Plaintiffs' settlement representatives then forwarded the April 29 letter to Defendant via e-mail on May 13, 2008.

8. On information and belief, Plaintiffs' settlement representatives then an unsuccessful attempt to contact Ms. Khan via telephone on May 20, 2008.

9. On information and belief, Plaintiffs settlement representatives received several telephone calls from Ms. Khan's attorney, John Stonich, on May 21, May 22, and May 23, 2008. Plaintiffs' settlement representative spoke with Ms. Khan's attorney on May 22, 2008, who indicated that Ms. Khan was unwilling and unable to settle this case for the amount offered by Plaintiffs. The parties did not reach a settlement, and Plaintiffs have not heard from Ms. Khan or her attorney Mr. Stonich since Plaintiffs' settlement representative left a voicemail for Mr. Stonich on May 23, 2008.

10. Accordingly, Plaintiffs filed their First Amended Complaint on June 4, 2008, amending the initial John Doe Complaint to name Ms. Khan, individually, as the Defendant.

11. Plaintiffs then engaged First Legal Support Services to serve Defendant with process. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Reasonable Diligence detailing the efforts of process server Matthew Clark to serve Defendant, dated June 19, 2008. As detailed in the Affidavit, the process server has made an attempt to serve Defendant at 20398 Clay Street, Cupertino, CA 95014 on June 16, 2008. The process server noted: "Per the current occupant, Nishat Khan, only he and his wife, Yasmin Khan, reside here. The subject is unknown." Affidavit of Reasonable Diligence, Exh. A, at 2.

12. In addition, on June 18, 2008, Plaintiffs conducted further database research to verify Defendant's residence. A true and correct copy of the search, which shows Defendant's address as 20398 Clay Street, Cupertino, CA 95014, the address where service is being attempted, is attached

as **Exhibit B**. The investigation also indicated that Nishat and Yasmin Khan may be relatives of Defendant – most likely her parents – living at this address. Exh. B at 2, 4. Plaintiffs will conduct a more thorough investigation to determine whether Defendant is associated with any additional addresses at which service may be effectuated.

13. Based on the foregoing, Plaintiffs are informed and believe that 20398 Clay Street, Cupertino, CA 95014 is the address where Defendant resides, and Plaintiffs will continue to attempt personal service at that address and look for additional addresses if the Court grants Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant With Process, filed June 19, 2008. Plaintiffs have not previously requested the Court to extend any service deadlines.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2008, at San Francisco, California.

_____
Dawniell Alise Zavala

# EXHIBIT A

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFACE RECORDS LLC, ET AL.,<br><br>　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br>MAYZABEEN KHAN<br><br>　　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **3:08-CV-01043-PJH**<br><br>DECLARATION OF NON SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; REASSIGNMENT ORDER; CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY; ORDER SETTING CASE MANAGEMENT CONFERENCE |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **MAYZABEEN KHAN** at the address of: **20398 CLAY ST , CUPERTINO, Santa Clara County, CA 95014** and was unable to effect service for the following reasons:

6/16/2008 7:42:00 PM: Per the current occupant, Nishat Khan, only he and his wife, Yasmin Khan, reside here. The subject is unknown.

Declarant hereby states under penalty of perjury under the laws of the State of **California** that the statement above is true and correct.

DATED this 19th day of June, 2008.

_____
Matthew Clark, Reg. # 652, Santa Clara, CA


FOR: **HOLME ROBERTS & OWEN, LLP**　　　ORIGINAL PROOF OF SERVICE　　　Tracking #: **5341092** SEA

# EXHIBIT B

Permissible Uses: DPPA - 1. Litigation
GLBA - 6. Persons With a Legal or Beneficial Interest re Consumer
Click to visualize this report

Subject Summary | Others Using SSN | Address Summary (1) | Voter Registrations
Licenses | Personal Property | Real Property | Bankruptcies | Judgments & Liens
Relatives (13) | Associated Entities | Neighbors (7) | Sources (2)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Full Name | Address | County | Phone |
|---|---|---|---|
| KHAN, MAYZABEEN R | 20398 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | SANTA CLARA | (408) 255-7517 |

### ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | GENDER |
|---|---|---|
| 015-68-XXXX<br>(Massachusetts: 1987-1988) | | |

## Subject Summary

Back To Top
Name Variations (1) | SSNs Summary (1)

**Name Variations**  View Name Variation Sources

1:  KHAN, MAYZABEEN R

**SSNs Summary**  View SSN Sources

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | 015-68-XXXX | Massachusetts | 1987-1988 | |

## Address Summary

Back To Top

Address Summary - 1 records found for subject:  View Address Sources

| # | Address | Actions |
|---|---|---|
| 1: | 20398 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | Get Report<br>View Details |

**Address Details**

### 1: 20398 CLAY ST, CUPERTINO, CA 95014-4403

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 20398 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | 05/2008 | (408) 255-7517 | Get Report<br>View Neighbors |

| Census Data for this Geographical Region | |
|---|---|
| Median Head of Household Age: | 38 |
| Median Income: | $88,768 |
| Median Home Value: | $633,800 |
| Median Education Level: | 16 years |
| Residents | Actions |
| KHAN, NAZIKA R | Get Report |

## Potential Relatives

Back To Top

**Potential Relatives**

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| | KHAN, NAZIKA R | | | |

| # | Name / Details | Address | Phone | |
|---|---|---|---|---|
| 1. | SSN: 014-64-XXXX<br>(Massachusetts: 1983-1985)<br>⚑ SSN was linked to more than 2 people.<br>DOB: 11/1919 | 20398 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | (408) 255-7517 | Get Report |
| 2. | KHAN, R<br>• AKA: KAHN, NEISHAT<br>• AKA: KAHN, NISHAT<br>• AKA: KHAN, NISHAT R<br>• AKA: KAHN, NISHATUR R<br>• AKA: KHAN, NISHATUR R<br>SSN: 011-48-XXXX<br>(Massachusetts: 1971-1973)<br>DOB: 07/1945 | 20398 CLAY ST # 1<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | | Get Report |
| 2.1. | SHAFIQUR, KHAN<br>• AKA: SHAFIQUR, R K<br>• AKA: KHAN, S R<br>• AKA: KAHN, SHAFIGER R<br>• AKA: KAHN, SHAFIOUR<br>• AKA: KAHN, SHAFIQUR R<br>• AKA: KHAN, SHAFIQUR R<br>SSN: 021-58-XXXX<br>(Massachusetts: 1978-1980)<br>⚑ SSN was linked to more than 2 people.<br>DOB: 07/1953<br>DOB: 06/1953 | 3 CORBETT DR<br>BURLINGTON, MA 01803-1541<br>COUNTY: MIDDLESEX | (781) 229-0540 | Get Report |
| 2.2. | KHAN, S<br>• AKA: KAHN, M SHAHALAM<br>• AKA: KAHN, MOHAMMAD<br>• AKA: KAHN, MOHAMMED S<br>• AKA: KHAN, MOHAMMED S<br>• AKA: KHAN, SALEM MOHAMMED<br>• AKA: KAHN, SALIM<br>• AKA: KHAN, SALIM<br>SSN: 593-09-XXXX<br>(Florida: 1982-1982)<br>DOB: 03/1963 | 1164 CROMWELL AVE APT 6L<br>BRONX, NY 10452-8732<br>COUNTY: BRONX | (718) 293-5489 | Get Report |
| 2.3. | KHAN, ROGER | 3 CORBETT DR<br>BURLINGTON, MA 01803-1541<br>COUNTY: MIDDLESEX | (781) 229-0540<br>(781) 397-8665 | Get Report |
| 2.4. | KHAN, SHAHIN IQBAL<br>• AKA: KHAN, SHAHIN T<br>SSN: 033-70-XXXX<br>(Massachusetts: 1989-1990)<br>DOB: 04/1961 | 15 TURNING MILL RD<br>SHARON, MA 02067-2866<br>COUNTY: NORFOLK | (781) 793-9377 | Get Report |
| 2.5. | ZAKARIA, KASEM A<br>• AKA: KHAN, KASEN Z | 393 SALEM ST<br>MALDEN, MA 02148-4349<br>COUNTY: MIDDLESEX | (781) 322-8803 | Get Report |
| 2.6. | KHAN, SOPHIA KHAN<br>SSN: 025-78-XXXX<br>(Massachusetts: 1995-1997)<br>DOB: 03/1969 | 3 CORBETT DR<br>BURLINGTON, MA 01803-1541<br>COUNTY: MIDDLESEX | (781) 229-0540 | Get Report |
| 2.7. | KHAN, AZADUR R<br>SSN: 081-86-XXXX<br>(New York: 1997-1999)<br>DOB: 03/1949 | 138 BOWDEN ST APT 103<br>LOWELL, MA 01852-5664<br>COUNTY: MIDDLESEX | | Get Report |
| 2.8. | KHAN, SHADID R<br>DOB: 07/1953 | 393 SALEM ST<br>MALDEN, MA 02148-4349<br>COUNTY: MIDDLESEX | (781) 322-8803<br>(781) 397-8665 | Get Report |
| 2.9. | KHAN, SOPHIA | 391 SALEM ST # 393<br>MALDEN, MA 02148-4349<br>COUNTY: MIDDLESEX | | Get Report |
| 2.10. | KHAN, RAJA<br>SSN: 155-54-XXXX<br>(New Jersey: 1973-1974)<br>⚑ SSN was linked to more than 2 people. | 3 CORBETT DR<br>BURLINGTON, MA 01803-1541<br>COUNTY: MIDDLESEX | (781) 229-0540 | Get Report |
| 3. | KHAN, YAMIN J<br>• AKA: KHAN, YASMIN<br>• AKA: KHAN, YASMIN J<br>• AKA: KHAN, YASMIN JHAHAN<br>SSN: 014-62-XXXX<br>(Massachusetts: 1981-1983)<br>DOB: 1959<br>DOB: 06/1958<br>DOB: 06/1958 | 20398 CLAY ST # 1<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | | Get Report |

## Neighbors

Back To Top

**Neighbors**

**20398 CLAY ST, CUPERTINO, CA 95014-4403**

| Name | Address | Phone | Actions |
|---|---|---|---|
| MCKAY, PATRICIA J | 20388 CLAY ST 1<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | (408) 257-4987 | Get Report |
| ADRIAN, ERIN M | 20408 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | (408) 257-0691 | Get Report |
| KUBOTA, YASURO | 20387 CLAY ST<br>CUPERTINO, CA 95014-4402<br>COUNTY: SANTA CLARA | (408) 996-1804 | Get Report |
| CRABTREE, LIANA E | 20378 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | (408) 777-0887 | Get Report |
| KELLER, DEBRA ANN | 20377 CLAY ST<br>CUPERTINO, CA 95014-4402<br>COUNTY: SANTA CLARA | (408) 255-8496 | Get Report |
| GROZMAN, LENA M | 20368 CLAY ST<br>CUPERTINO, CA 95014-4403<br>COUNTY: SANTA CLARA | | Get Report |
| OSHEA, MAURICE C | 20367 CLAY ST # 1<br>CUPERTINO, CA 95014-4402<br>COUNTY: SANTA CLARA | | Get Report |

## Sources

Back To Top

**Sources**

| | |
|---|---|
| All Sources | 2 Source Documents |
| Person Locator 1 | 1 Source Document |
| Utility Locator | 1 Source Document |

Key:
- 🚩 High or moderate risk indicator. These flags may prompt you to investigate further
- ✔ The most recent telephone listing as reported by the EDA source

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Permissible Uses: DPPA - 1. Litigation
GLBA - 6. Persons With a Legal or Beneficial Interest re Consumer
Click to visualize this report

Location Information (1) | Address Variations (2) | APNs (1) | Property Information (1)
Neighbors (20) | Associated Entities (2) | Sources (14)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

## Location Information                                                                Back To Top
**Location Information**

**20398 CLAY ST 1, CUPERTINO, CA 95014-4403**

Latitude: 37.314205
Longitude: -122.029706
MSA: San Jose, CA - 7400

## Address Variations                                                                  Back To Top
**Address Variations - 2 Records Found.**

| # | Address |
|---|---------|
| 1. | 20398 CLAY ST<br>CUPERTINO, CA 95014-4403 |
| 2. | 20398 CLAY ST # 1<br>CUPERTINO, CA 95014-4403 |

## APNs                                                                                 Back To Top
**APNs - 1 Records Found.**

| # | Number |
|---|--------|
| 1. | 369-38-025 |

## Property Information                                                                 Back To Top
**Property Information**

**20398 CLAY ST 1, CUPERTINO, CA 95014-4403**

Brief Description: CUPERTINO CENTER LOT 13
Property Sale Information:
Sale Price: $365,000
Assessment Information:
Assessed Land Value: $273,517
Assessed Improvement Value: $170,902
Total Assessed Value: $444,419

## Neighbors                                                                            Back To Top
**Neighbors - 20 Records Found.**

| Name | Address | SSN | Phone | DOB | DOD | Actions |
|------|---------|-----|-------|-----|-----|---------|
| KHAN, NISHAT R | 20398 CLAY ST<br>CUPERTINO, CA 95014-4403 | 011-48-XXXX | (408) 255-7517 | 07/1945 | | Get Report |
| KHAN, YASMIN J | 20398 CLAY ST<br>CUPERTINO, CA 95014- | 014-62-XXXX | (408) 255-7517 | 1959 | | Get Report |

| Name | Address | SSN | Phone | DOB | Actions |
|---|---|---|---|---|---|
| KHAN, NAZIKA | 20398 CLAY ST CUPERTINO, CA 95014-4403 | 014-64-XXXX | | 11/1919 | Get Report |
| KHAN, MAYZABEEN R | 20398 CLAY ST CUPERTINO, CA 95014-4403 | 015-68-XXXX | | | Get Report |
| MCKAY, PATRICIA J | 20388 CLAY ST 1 CUPERTINO, CA 95014-4403 | 552-44-XXXX | (408) 257-4987 | | Get Report |
| MCKAY, KENNETH A | 20388 CLAY ST 1 CUPERTINO, CA 95014-4403 | 547-38-XXXX | (408) 257-4987 | 1931 | Get Report |
| ADRIAN, ERIN | 20408 CLAY ST CUPERTINO, CA 95014-4403 | | | | Get Report |
| ADRIAN, EUGENE C | 20408 CLAY ST CUPERTINO, CA 95014-4403 | | (408) 257-0691 | | Get Report |
| ADRIAN, SUSAN E | 20408 CLAY ST CUPERTINO, CA 95014-4403 | | (408) 257-0691 | | Get Report |
| KUBOTA, YASURO | 20387 CLAY ST CUPERTINO, CA 95014-4402 | 625-08-XXXX | | 01/1957 | Get Report |
| UDAGAWA, CHIE | 20387 CLAY ST CUPERTINO, CA 95014-4402 | 536-98-XXXX | | | Get Report |
| AMIT, MARIT | 20387 CLAY ST CUPERTINO, CA 95014-4402 | 618-25-XXXX | | | Get Report |
| AMIT, ALON | 20387 CLAY ST CUPERTINO, CA 95014-4402 | 623-21-XXXX | | | Get Report |
| CRABTREE, LIANA E | 20378 CLAY ST CUPERTINO, CA 95014-4403 | | (408) 777-0887 | | Get Report |
| WON, MARTIN S | 20378 CLAY ST CUPERTINO, CA 95014-4403 | | (408) 777-0887 | | Get Report |
| KELLER, DEBRA A | 20377 CLAY ST CUPERTINO, CA 95014-4402 | | (408) 255-8496 | | Get Report |
| KELLER, MARTIN J | 20377 CLAY ST CUPERTINO, CA 95014-4402 | | (408) 255-8496 | | Get Report |
| KELLER, COURTNEY D | 20377 CLAY ST CUPERTINO, CA 95014-4402 | 611-05-XXXX | | 12/1980 | Get Report |
| GROZMAN, LENA | 20368 CLAY ST CUPERTINO, CA 95014-4403 | | | | Get Report |
| HEISLER, ROBERT S | 20368 CLAY ST CUPERTINO, CA 95014-4403 | | | | Get Report |

## Associated Entities

Back To Top

**Associated Entities - 2 Records Found.**

| # | Current Owners/Residents | Actions |
|---|---|---|
| 1. | KHAN, YASMIN | Get Report |

| # | Current Owners | Actions |
|---|---|---|
| 2. | KHAN, NISHAT | Get Report |

## Sources

Back To Top

**Sources**

| | |
|---|---|
| All Sources | 14 Source Documents |
| Person Locator 1 | 3 Source Documents |
| Historical Person Locator | 6 Source Documents |
| Person Locator 2 | 4 Source Documents |
| Tax Assessor Records | 1 Source Document |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Source: Public Records > SmartLinx(R) Searches (Consolidated report from multiple sources) > **SmartLinx(TM) - Location Summary Reports**
Terms: **street(20398 clay street) , city(cupertino) , state(CA) , zip(95014) , radius(30)**  (Edit Search)
View: Full
Date/Time: Wednesday, June 18, 2008 - 9:53 PM EDT



LexisNexis®  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.