1  Dawniell Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:          dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; WARNER BROS.
7  RECORDS INC.; UMG RECORDINGS, INC.;
   MAVERICK RECORDING COMPANY; ARISTA
8  RECORDS LLC; and ZOMBA RECORDING LLC

9

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

13 | LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CASE NO. 3:08-CV-01043-PJH
   |   | Honorable Phyllis J. Hamilton
   |   | ***PROOF OF SERVICE OF ORDER GRANTING EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO SERVE DEFENDANT WITH PROCESS**

   Plaintiffs,

   v.

   MAYZABEEN KHAN,

   Defendant.

1

Proof of Service
Case No. 3:08-cv-01043-PJH
#38431 v1

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 24, 2008, I served the foregoing documents described as:

**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO SERVE DEFENDANT WITH PROCESS**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as to Defendant's attorney as follows:

> **John A. Stonich**
> **Law Offices of John A. Stonich**
> **79 Devine Street, Suite 201**
> **San Jose, CA 95110-2483**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 24, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant

2

Proof of Service
Case No. 3:08-cv-01043-PJH
#38431 v1