UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS, LLC, et al.,

    Plaintiffs,

    v.

MAYZABEEN KHAN,

    Defendant.
_____/

No. C 08-1043 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment against defendant Mayzabeen Khan.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: October 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge